NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

—————————————

**HOME PRODUCTS INTERNATIONAL, INC.,**
*Plaintiff-Appellee,*

**v.**

**UNITED STATES,**
*Defendant-Appellee,*

**v.**

**SINCE HARDWARE (GUANGZHOU) CO., LTD.,**
*Defendant-Appellant.*

—————————————

2012-1608

—————————————

Appeal from the United States Court of International Trade in consolidated case nos. 11-CV-0104 and 11-CV-0105, Judge Leo M. Gordon.

—————————————

**ON MOTION**

—————————————

**O R D E R**

The United States moves without opposition for a 14-day extension of time, until December 17, 2012, to file its principal brief.

HOME PRODUCTS INTERNATIONAL V. US                    2

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk

s27